■ ALEXANDRA GOMEZ-BROCK, Respondent, v STEVEN KU-BIAK et al., Appellants. [997 NYS2d 658]—Appeal from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered December 13, 2013. The order, among other things, granted in part plaintiff's motion to set aside the jury verdict.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on October 22, 2014,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.